**2**

PETER B. BUNTING (State Bar No. 124104)
Attorney at Law
2304 West Shaw Avenue, Suite 103
Fresno, CA 93711
(559) 226-4030 - Telephone
(559) 226-4148 - Facsimile
e-mail: info@peterbbuntinglaw.com

Attorney for GODWIN

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

In re:

DARREN DON GODWIN AND

STEPHANIE ANN GODWIN

(Deceased),

             Debtors.

_____/

Case No.: 22-11500B-13F

Chapter 13

DOC No. PBB-1

**NO HEARING**

United States Bankruptcy Court
2500 Tulare Street
Fresno, California 93721


HONORABLE RENÉ LASTRETO, II

**NOTICE OF DEATH OF DEBTOR STEPHANIE ANN GODWIN**

1

TO ALL INTERESTED PARTIES:

      NOTICE IS HEREBY GIVEN that Stephanie Ann Godwin debtor in the above-captioned Chapter 13 case, died on November 8, 2024. Filed concurrently herewith as Exhibit "A" is a copy of the Certificate of Death issued on November 15, 2024 by the County of Fresno.

      This notice is given pursuant to Fed. Rules of Bankruptcy Procedure, Rule 1016 and Local Rule 1016-1(a).

Dated: NOV 2 1 2024

                                                    PETER B. BUNTING
                                                    Attorney for Debtor