**2**
PETER B. BUNTING (State Bar No. 124104)
Attorney at Law
2304 West Shaw Avenue, Suite 103
Fresno, CA 93711
(559) 226-4030 - Telephone
(559) 226-4148 - Facsimile
e-mail: info@peterbbuntinglaw.com

Attorney for GODWIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO

In re:

DARREN DON GODWIN AND

STEPHANIE ANN GODWIN

(Deceased),

                              Debtors.

_____ /

Case No.: 22-11500B-13F

Chapter   13

DOC No. PBB-1

**NO HEARING**

United States Bankruptcy Court
2500 Tulare Street
Fresno, California 93721

HONORABLE RENÉ LASTRETO, II

## EXHIBIT FILED IN SUPPORT OF NOTICE OF DEATH OF DEBTOR STEPHANIE ANN GODWIN

Exhibit A:  Certificate of Death issued November 15, 2024 by the County of Fresno. (page 2)

Dated: ___NOV 2 0 2024___

_Peter B Bunting_
PETER B. BUNTING
Attorney for Debtor

1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of FRESNO
### DEPARTMENT OF PUBLIC HEALTH
### FRESNO, CALIFORNIA

EXHIBIT "A"

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052024240133

LOCAL REGISTRATION NUMBER: 3202410006747

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT–FIRST (Given) | STEPHANIE |
| 2. MIDDLE | ANN |
| 3. LAST (Family) | GODWIN |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 10/04/1967 |
| 6. AGE Yrs. | 57 |
| 7. DATE OF DEATH | 11/08/2024 |
| 8. HOUR (24 Hour) | 0700 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | ___-__-0776 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | MARRIED |
| 13. EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? | NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed | WHITE |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | HOMEMAKER |
| 18. KIND OF BUSINESS OR INDUSTRY | OWN HOME |
| 19. YEARS IN OCCUPATION | 37 |
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 320 FAIRMONT AVE #102 |
| 21. CITY | CLOVIS |
| 22. COUNTY/PROVINCE | FRESNO |
| 23. ZIP CODE | 93612 |
| 24. YEARS IN COUNTY | 57 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | DARREN D. GODWIN, SPOUSE |
| 27. INFORMANT'S MAILING ADDRESS | 320 FAIRMONT AVE. #102, CLOVIS, CA 93612 |
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | DARREN |
| 29. MIDDLE | D. |
| 30. LAST (BIRTH NAME) | GODWIN |
| 32. NAME OF PARENT–FIRST | ROYCE |
| 33. MIDDLE | |
| 33. LAST (BIRTH NAME) | LASHLEY |
| 34. BIRTH STATE | OK |
| 35. NAME OF PARENT–FIRST | BETTY |
| 36. MIDDLE | JUNE |
| 37. LAST (BIRTH NAME) | BARKLEY |
| 38. BIRTH STATE | VA |
| 39. DISPOSITION DATE mm/dd/ccyy | 11/13/2024 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE 320 FAIRMONT AVE. #102, CLOVIS, CA 93612 |
| 41. TYPE OF DISPOSITION | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | |
| 44. NAME OF FUNERAL ESTABLISHMENT | WALLIN'S SANGER FUNERAL HOME |
| 45. LICENSE NUMBER | FD502 |
| 46. SIGNATURE OF LOCAL REGISTRAR | RAIS VOHRA, MD |
| 47. DATE mm/dd/ccyy | 11/12/2024 |

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | CLOVIS COMMUNITY MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | IP |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | |
| 104. COUNTY | FRESNO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 2755 HERNDON AVE |
| 106. CITY | CLOVIS |
| 107. CAUSE OF DEATH | |
| IMMEDIATE CAUSE (A) | ACUTE HYPOXIC RESPIRATORY FAILURE |
| (B) | INTERSTITIAL LUNG DISEASE |
| Time Interval Between Onset and Death | DAY / YRS |
| 108. DEATH REPORTED TO CORONER? | NO |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, PULMONARY FIBROSIS, DIABETES MELLITUS TYPE 2 |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? If yes, list type of operation and date | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | |
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | |
| Decedent Attended Since | 10/12/2024 |
| Decedent Last Seen Alive | 11/08/2024 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | ALAN BERNARD REYES, MD |
| 116. LICENSE NUMBER | A52897 |
| 117. DATE mm/dd/ccyy | 11/12/2024 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | ALAN BERNARD REYES, MD 2755 HERNDON AVE., CLOVIS, CA 93611 |
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | Natural |
| 120. INJURED AT WORK? | |
| 121. INJURY DATE mm/dd/ccyy | |
| 122. HOUR (24 Hour) | |
| 123. PLACE OF INJURY | |
| 124. DESCRIBE HOW INJURY OCCURRED | |
| 125. LOCATION OF INJURY | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | |
| 127. DATE mm/dd/ccyy | |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | |

STATE REGISTRAR

FAX AUTH.#     CENSUS TRACT

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Fresno Co. Department of Public Health.

0 0 1 5 6 7 5 5 7

DATE ISSUED     NOV 1 5 2024

RAIS VOHRA, M.D.
FRESNO COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border, displaying date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE