3

1 | PETER B. BUNTING (State Bar No. 124104)
Attorney at Law
2 | 2304 West Shaw Avenue, Suite 103
Fresno, CA 93711
3 | (559) 226-4030 - Telephone
(559) 226-4148 - Facsimile
4 | e-mail: info@peterbbuntinglaw.com

5 | Attorney for GODWIN

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

In re:

DARREN DON GODWIN AND

STEPHANIE ANN GODWIN

(Deceased),

　　　　　　　　Debtors,

_____

DARREN DON GODWIN,






　　　　　　　　Movant.

Chapter 13
Case No.: 22-11500B-13F
D.C. No. PBB-2

**HEARING**
Date: December 18, 2024
Time: 9:30 a.m.
Dept. B
Courtroom 13 (5th Floor)
United States Bankruptcy Court
2500 Tulare Street
Fresno CA 93721-1318


HONORABLE RENÉ LASTRETO, II

**MOTION FOR APPOINTMENT OF REPRESENTATIVE AND FOR WAIVER OF CERTIFICATION REQUIREMENTS FOR DISCHARGE OF DEBT OF STEPHANIE ANN GODWIN**

1

To all parties in interest:

1. Darren Don Godwin, surviving widow and remaining co-debtor hereby moves the Court for an order granting the following relief:

    a. For appointment of Darren Don Godwin as representative of the estate of Stephanie Ann Godwin, and

    b. For waiver of the certification requirements for entry of discharge in a Chapter 13 case, to the extent that Darren Don Godwin can demonstrate an inability to provide such certifications.

2. The motion is filed under Fed. Rules of Bankruptcy Procedure, Rule 1016 and Local Rule 1016-1(a).

3. Grounds for the motion are stated below. This motion is based on the facts stated in the Declaration of Darren Don Godwin filed and served concurrently herewith.

4. On August 30, 2022, Debtors filed a Petition under Chapter 13 in the above captioned court, case number 22-11500. On October 14, 2022 Debtors' Plan was confirmed. The case remains pending.

5. On November 8, 2024 Stephanie Ann Godwin died of natural causes.

6. A copy of the Certificate of Death of Stephanie Ann Godwin from the County of Fresno issued November 15, 2024 will be served in conjunction with this motion on all creditors herein and all parties of interest.

**Appointment under Rule 1016 as representative of estate of decedent**

7. The declaration of Darren Don Godwin demonstrates that he is the co-debtor in the above-captioned case and that Darren Don Godwin is the person best qualified to represent Stephanie Ann Godwin's estate in the above-captioned chapter 13 case.

**Decedent's § 1328 (g) post-petition education requirements**

8. On September 3, 2022 Debtor, Stephanie Ann Godwin completed her post-petition debtor education course. The Certificate of Debtor Education court has been filed (Doc. #10).

///

**Certification of § 1328 (a) – (f) requirements for entry of discharge**

9. The declaration of Darren Don Godwin asserts that there has never been any court order requiring Stephanie Ann Godwin to pay domestic support obligations; this chapter 13 case is the one and the only bankruptcy case for Stephanie Ann Godwin has filed within the past six years, and Stephanie Ann Godwin has never been charged with or convicted of a felony.

10. Movant contends that the sworn statements of Darren Don Godwin squarely meet all affirmations required in the debtor's declaration required under Section 1328 (a) through (f). Four years had elapsed between the filing of Debtors' previous bankruptcy case and the above-captioned Chapter 13 case.

WHEREFORE, Movant, Darren Don Godwin, requests an order granting the following relief:

    a. Appointment of Darren Don Godwin as representative of the estate of Stephanie Ann Godwin,

    b. For waiver of the certification requirements for entry of discharge in a Chapter 13 case, to the extent that Florentino Mendoza can demonstrate an inability to provide such certifications, and

    c. For such other relief as the court deems just and proper.

Dated: NOV 20 2024

_/s/ Peter B. Bunting_
PETER B. BUNTING
Attorney for Debtor