**3**
PETER B. BUNTING (State Bar No. 124104)
Attorney at Law
2304 West Shaw Avenue, Suite 103
Fresno, CA 93711
(559) 226-4030 - Telephone
(559) 226-4148 - Facsimile
e-mail: info@peterbbuntinglaw.com

Attorney for GODWIN

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| In re:<br><br>DARREN DON GODWIN and<br><br>STEPHANIE ANN GODWIN<br><br>(deceased),<br><br>                Debtors.<br><br>―――――――――――――<br><br>DARREN DON GODWIN,<br><br><br><br><br><br><br><br><br><br><br>                Movant. | Chapter 13<br><br>Case No.: 22-11500B-13F<br>D.C. No.   PBB-2<br><br>**HEARING**<br>Date:    December 18, 2024<br>Time:   9:30 a.m.<br>Dept.:   B<br>Courtroom 13 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno CA 93721-1318<br><br><br>HONORABLE RENÉ LASTRETO, II |

**NOTICE OF HEARING ON MOTION FOR APPOINTMENT OF REPRESENTATIVE, AND FOR WAIVER OF CERTIFICATION REQUIREMENTS FOR DISCHARGE OF DEBT OF STEPHANIE ANN GODWIN**

TO ALL INTERESTED PARTIES:

        NOTICE IS HEREBY GIVEN THAT on December 18, 2024 at 9:30 a.m. the above-captioned courtroom, Darren Don Godwin, surviving widower and remaining co-debtor will move the court for an order for relief as follows:

    1.    For appointment of Darren Don Godwin as representative of the estate of Stephanie Ann Godwin, and

    2.    For waiver of the certification requirements for entry of discharge in a Chapter 13 case, to the extent that Darren Don Godwin can demonstrate an inability to provide such certifications.

        This motion is filed under Fed. Rules of Bankruptcy Procedure, Rule 1016 and Local Rule 1016-1(a). This motion has been filed and served on 28 days' notice. Local Rules of Bankruptcy Procedure, Rule 9014-1, requires that any opposition to the granting of either or both of the reliefs requested in this motion must be served upon Movant's attorney and filed with the clerk of the court not less than fourteen (14) calendar days preceding the hearing date set forth above. Unless written opposition and supporting evidence are timely filed with the clerk and served on the moving party, the court may resolve the matter without oral argument.

        Unless otherwise ordered, all hearings before Judge Lastreto are simultaneously: (1) IN PERSON in Courtroom #13 (Fresno hearings only), (2) via ZOOMGOV VIDEO, (3) via ZOOMGOV TELEPHONE, and (4) via COURTCALL. You may choose any of these options unless otherwise ordered. To appear via zoom gov video or zoom gov telephone for law and motion or status conference proceedings, you must comply with the following new guidelines and procedures:

1. Review the Pre-Hearing Dispositions prior to appearing at the hearing.

2. Review the court's Zoom Policies and Procedures for these and additional instructions.

3. Parties appearing through CourtCall are encouraged to review the CourtCall Appearance Information.

      Anyone wishing to attend can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov, after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: NOV 2 0 2024

*/s/ Peter B. Bunting*
PETER B. BUNTING
Attorney for Debtor(s)