```
3
```
PETER B. BUNTING (State Bar No. 124104)
Attorney at Law
2304 West Shaw Avenue, Suite 103
Fresno, CA 93711
(559) 226-4030 - Telephone
(559) 226-4148 - Facsimile
e-mail: info@peterbbuntinglaw.com

Attorney for GODWIN

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| In re:<br><br>DARREN DON GODWIN AND<br>STEPHANIE ANN GODWIN<br>(deceased),<br><br>                 Debtors.<br><br>_____<br><br>DARREN DON GODWIN,<br><br><br><br><br><br>                 Movant. | Chapter 13<br><br>Case No.: 22-11500B-13F<br>D.C. No. PBB-2<br><br>**HEARING**<br>Date:  December 18, 2024<br>Time:  9:30 a.m.<br>Dept.    B<br>Courtroom 13 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno CA 93721-1318<br><br><br>HONORABLE RENÉ LASTRETO, II |

**DECLARATION OF DARREN DON GODWIN IN SUPPORT OF
MOTION FOR APPOINTMENT OF REPRESENTATIVE AND FOR WAIVER OF
CERTIFICATION REQUIREMENTS FOR DISCHARGE OF
DEBT OF STEPHANIE ANN GODWIN**

1

I, Darren Don Godwin, declare as follows:

1. All facts stated herein are of my personal knowledge and if called as a witness, I would testify thereto under oath and from my own personal knowledge.

2. On August 30, 2022 I filed a Petition under Chapter 13 in the above captioned court, case number 22-11500. Stephanie Ann Godwin is my wife and co-debtor herein. On October 14, 2022 our Plan was confirmed. Our case remains pending.

3. On November 8, 2024 Stephanie Ann Godwin died of natural causes.

4. I am informed and believe that a copy of her Certificate of Death issued by the County of Fresno on November 15, 2024 previously served on all creditors and other parties of interest.

**Appointment under FRCivP, Rule 1016 as representative of estate of decedent** 1990

4. Stephanie Ann Godwin and I were married in the year ?????. Since our marriage, we lived together continuously in the state of California until her death. All of our personal property was acquired from earnings of the marriage. I believe I am the person best qualified to represent her estate in the above-captioned chapter 13 case.

**Decedent's § 1328 (g) post-petition education requirements**

5. Stephanie Ann Godwin completed her post-petition debtor education course a copy was filed with the court (Doc. #10).

**Certification of § 1328 (a) – (f) requirements for entry of discharge**

6. As Stephanie Ann Godwin's former spouse and due to the nature of our financial entanglement I would have been aware if there were a court order requiring her to pay domestic support obligations or a felony conviction against her. To my knowledge, there were none.

///
///
///
///
///
///

7       This chapter 13 case is the one and the only bankruptcy case Stephanie Ann Godwin has filed within the past six years. Four years had elapsed between the filing of our previous bankruptcy case and our current Chapter 13 case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: NOV 2 0 2024

*Don Godwin* (signature)
DARREN DON GODWIN