6

PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559-226-4030
Facsimile: 559-226-4148
Email: info@peterbbuntinglaw.com

Attorney for: GODWIN

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>DARREN DON GODWIN AND<br>STEPHANIE ANN GODWIN (Deceased),<br><br><br>Debtor(s) | **Bankruptcy Case No.:** 22-11500B-13F<br>**Docket Control Number:** PBB-2<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:    December 18, 2024<br>Hearing Time:    9:30 a.m.<br>Location:              2500 Tulare St Rm 13 Fresno 93721<br>Judge:                   Honorable René Lastreto, II |
|---|---|
| <br><br>v.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

### CERTIFICATE OF SERVICE OF
### MOTION FOR APPOINTMENT OF REPRESENTATIVE, AND FOR WAIVER OF CERTIFICATION REQUIREMENTS FOR DISCHARGE OF DEBT OF STEPHANIE ANN GODWIN AND SUPPORTING DOCUMENTS

1

EDC Form 7-005, Rev. 10/30/2024

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status.** I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is Peter B. Bunting and my ☐ business address **or** ☑ mailing address if not a business is:

   2304 W Shaw Ave Ste 103 Fresno CA 93711 .

3. **About the Case/Proceeding.** *(Check at least one type of case/proceeding and as many subheadings thereunder as applicable.)*

   ☐ **Chapter 7 case** *(indicate below if subject to limited noticing; check all that are applicable.)*
   - ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*
     - ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).
     - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no._____.

   ☑ **Chapter 12 or 13 case** *(indicate below if subject to limited noticing; check all that are applicable.)*
   - ☑ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.
   - ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).
   - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no._____.

   ☐ **Chapter 9 case** *(indicate below if subject to limited noticing)*
   - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no._____.

   ☐ **Chapter 11 case** *(indicate below if subject to limited noticing)*
   - ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.
   - ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no._____.

   ☐ **Chapter 15 case**

   ☐ **Adversary Proceeding**

4. **About the Documents Served**

   On November 21 , 20 24 , by the method(s) specified below, the following documents were served *(list in space provided)*:

   **or** ☑ those documents described in the list appended hereto and numbered **Attachment 4**.

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   ☐ Debtor(s)
   ☐ Plaintiff(s)
   ☐ Defendant(s)
   ☐ All committee members
   ☐ Equity security holders
   ☐ All creditors and parties in interest (Notice of Hearing only)
   ☐ Only creditors that have filed claims (Notice of Hearing only)
   ☑ All creditors and parties in interest

   ☐ Fewer than all creditors *(check at least one below)*
   ☐ Creditors that have filed claims
   ☐ Creditors holding allowed secured claims
   ☐ Creditors holding allowed priority unsecured claims
   ☐ Creditors holding leases or executory contracts that have been assumed
   ☐ 20 largest creditors
   ☐ Administrative claimants
   ☐ Other party(ies) in interest

6. **How Service is Accomplished**

   A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

   1. ☐ **First Class Mail**

      Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A-1*.

   2. ☐ **Certified Mail**

      Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A-2*.

   3. ☐ **Publication**

      Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered *Attachment 6A-3*.

   B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check as many as applicable.)*

   **Attorneys and Trustees.** Attorneys and trustees that have appeared are deemed to have received notice, Fed. R. Civ. P. 5, by filing the document with the Clerk of the Court, Fed. R. Bankr. 5005(a)(2)(A), 9036(b)(2),(c); LBR 9010-1, and separate notice is not required. Fed. R. Civ. P. 5(d)(1)(B), *incorp. by* Fed. R. Bankr. P. 7005, 9014(c).

   **Parties in Interest.** *(Check as many as are applicable, if any).* Parties in interest have been given notice in the following manner.

   1. ☑ **U.S. Mail**

      Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

      a. **Parties in interest**

         ☑ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B-1*. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

         ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered *Attachment 6B-2*.

      b. ☐ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered *Attachment 6B-3*.

   2. ☐ **Other Methods of Service**

      Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A), (B), (D), (F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered *Attachment 6B-4*.

☐ I have used a third-party service company, i.e., _____, to assist me in effecting service. I have in my possession a signed certificate of service from that company and will produce that certificate of service on demand.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on November 21 , 20 24 , at Fresno　　　　　　CA　　　　.
　　　　　　　　　　　　　　　　　　　　　　　　　　City　　　　　　　　　　State

Martha L. Garcia　　　　　　　　　　　　*[signature]*
Print Name　　　　　　　　　　　　　　　Signature

3

ATTACHMENT 4

1. Notice of Hearing on Motion for Appointment of Representative, and for Waiver of Certification Requirements for Discharge of Debt of Stephanie Godwin
2. Motion for Appointment of Representative, and for Waiver of Certification Requirements for Discharge of Debt of Stephanie Godwin
3. Declaration of Darren Don Godwin in Support of Motion for Appointment of Representative, and for Waiver of Certification Requirements for Discharge of Debt of Stephanie Godwin

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-1<br>Case 22-11500<br>Eastern District of California<br>Fresno<br>Thu Nov 21 10:06:21 PST 2024 | Peter B. Bunting<br>2304 W Shaw Ave Ste 103<br>Fresno, CA 93711-3423 | Capital One<br>Attn Bnakruptcy<br>P O Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One Auto Finance<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance<br>Attn Bankruptcy<br>7933 Preston Rd<br>Plano TX 75024-2302 | Capital One Auto Finance, a division of Capi<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One Walmart<br>Attn Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Citibank Best Buy<br>Citicorp Credit Srvs Centralized Bk dep<br>Po Box 790034<br>St Louis MO 63179-0034 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Comenity Bank Roamans<br>Attn Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Comenity Bank Victoria Secret<br>Attn Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 |
| Comenity Bank Wayfair<br>Attn Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Comenity Big Lots<br>Attn Bankruptcy Dept<br>Po Box 182125<br>Columbus OH 43218-2125 | DSRM Nat Bank Valero<br>Attn Bankruptcy<br>Po Box 696000<br>San Antonio TX 78269-6000 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Darren Don Godwin<br>320 Fairmont Ave Apt 102<br>Clovis, CA 93612-5104 | Stephanie Ann Godwin<br>320 Fairmont Ave Apt 102<br>Clovis, CA 93612-5104 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Kohls Capital One<br>Attn Credit Administrator<br>Po Box 3043<br>Milwaukee WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721-1326 | (p)PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208-0329 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Syncb car Care Pep B<br>Attn Bankruptcy<br>P O Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank<br>by AIS InfoSource, LP<br>as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 |
| Synchrony Bank Care Credit<br>Attn Bankruptcy Dept<br>Po Box 965064<br>Orlando FL 32896-5064 | Synchrony PayPal Credit<br>Attn Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

```
Target Nb                              Lilian G. Tsang
C O Financial Retail Services          P.O. Box 3051
Mailstop BT PO Box 9475                Modesto, CA 95353-3051
Minneapolis MN 55440-9475
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PG&E                                   (d)Pacific Gas Electric Co        End of Label Matrix
PO BOX 8329                            PO Box 8329                       Mailable recipients    31
C/O BANKRUPTCY DEPT                    Stockton CA 95208-0329            Bypassed recipients     0
STOCKTON, CA 95208                                                       Total                  31
```

(PG&E and Pacific Gas Electric Co entries crossed out)