**2**

PETER B. BUNTING (State Bar No. 124104)
Attorney at Law
2304 West Shaw Avenue, Suite 103
Fresno, CA 93711
(559) 226-4030 - Telephone
(559) 226-4148 - Facsimile
e-mail: info@peterbbuntinglaw.com

Attorney for GODWIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| In re:<br><br>DARREN DON GODWIN AND<br><br>STEPHANIE ANN GODWIN<br><br>(deceased),<br><br>　　　　　　Debtors,<br><br>_____<br><br>DARREN DON GODWIN,<br><br><br><br><br>　　　　　　Movant. | Chapter 13<br><br>Case No.: 22-11500B-13F<br>D.C. No. PBB-2<br><br>**HEARING**<br>Date: December 18, 2024<br>Time: 9:30 a.m.<br>Dept.　B<br>Courtroom 13 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno CA 93721-1318<br><br><br>HONORABLE RENÉ LASTRETO, II |

**ORDER GRANTING MOTION FOR APPOINTMENT OF REPRESENTATIVE AND FOR WAIVER OF CERTIFICATION REQUIRMENTS FOR DISCHARGE OF DEBT OF STEPHANIE ANN GODWIN**

1

The Debtor's motion for Appointment of Representative Darren Don Godwin ("Movant"), continued administration of Chapter 13 case and For Waiver of Certification Requirements for Discharge of Debtor Stephanie Ann Godwin, having been presented to the court, and upon review of pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the motion is granted.

Dated:

**Dated:** Dec 19, 2024

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

2